UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DEANNA LIZOTTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 07-140-B-W |
| | ) |
| DAVID BORDETSKY, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on November 29, 2007, her Recommended Decision.  The Plaintiff filed her objections to the Recommended Decision on December 14, 2007, and the Defendant filed his Response to those objections on December 27, 2007.[1]  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

---

[1] In her Recommended Decision, the Magistrate Judge invited Ms. Lizotte to "clarify the ambiguities in her complaint." *Recommended Decision* at 2 n.1 (Docket # 13).  In response, in her objection to the Recommended Decision, Ms. Lizotte complained generally about the unfairness of a summary disposition of her case and repeatedly asserted that Mr. Bordetsky broke the law.  *Pl.'s Objection to Report and Recommended Decision* (Docket # 16).  Ms. Lizotte supplemented her argument with a January 3, 2008 Memorandum.  *Mem.* (Docket # 18). Her more specific complaints – as best the Court can determine them – are:  (1) that Mr. Bordetsky's loan was illegal; (2) that she canceled the loan within a permissible three day time period; (3) that after foreclosing on the real estate, Mr. Bordetsky refused to allow her to retrieve her personal property; (4) that Mr. Bordetsky harassed her and continued to contact her while she was under the protection of the United States Bankruptcy law; and, (5) that Mr. Bordetsky lied under oath.  Ms. Lizotte has failed to demonstrate a basis for a federal cause of action for any of these allegations against Mr. Bordetsky.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that Plaintiff's Complaint (Docket # 1) be and hereby is **DISMISSED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2008